#116 #129095

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 DEC -1 PM 2:43
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   YUSE, ABBEY L.                    Case No. 09-37636

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| American Infosource LP as agent for World Financial Capital Bank, | P.O. Box 248872, Oklahoma City, OK 73124 | $2.84 |

Check for $2.84 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Ericka Parker_
Ericka S. Parker, Trustee

Dated:   11/29/10

Cc:
Office of the U.S. Trustee